# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WALEED SAID BN SAID ZAID,

Petitioner,

v.

Civil Action No. 05-1646 (JDB)

BARACK H. OBAMA, et al.,

Respondents.

## ORDER

Upon consideration of [167] petitioner's motion for extension of time to reply to respondents' opposition to petitioner's request for additional discovery under § I.E.2 of the Case Management Order, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. The Court's Case Management Order is amended as follows:

1. Petitioner's reply in support of his § I.E.2 request shall be filed by not later than March 2, 2009 and respondents shall produce additional discovery under § I.E.2 by not later than March 23, 2009.

2. Petitioner shall file his traverse pursuant to § I.G by not later than March 27, 2009.

3. The parties shall meet and confer and file a status report pursuant to § I.H by not later than April 3, 2009.

4. A status hearing will be held pursuant to § I.H. on April 8, 2009 at 9:00 a.m. in Courtroom 8.

5. The schedule for briefing on the parties' motions for judgment on the record previously set forth in the Court's December 22, 2008 is temporarily suspended.

The Court will issue an amended briefing schedule after the April 8 status conference.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:   February 24, 2009